JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI DOERING,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSE M. CASTRO D/B/A TOTOS DISCOUNT STORE; and DOES 1 to 10,<br><br>      Defendants. | Case No.: 2:25-cv-08187-JLS (MARx)<br>Assigned to Hon. Josephine L. Staton<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

    Based on the request for dismissal without prejudice and for good cause shown:

    IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

IT IS SO ORDERED.

DATE: <u>November 14, 2025</u>

Josephine L. Staton
_____
Hon. Josephine L. Staton,
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

NOTICE OF VOLUNTARY DISMISSAL